**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**DERRICK STAFFORD**                      **CASE NO.  1:25-CV-01101 SEC P**

**VERSUS**                               **JUDGE TERRY A. DOUGHTY**

**TIM HOOPER ET AL**                      **MAGISTRATE JUDGE PEREZ-MONTES**

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 20], and having thoroughly reviewed the record, noting no objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Unopposed Motion to Dismiss [Doc. No. 13] filed by Respondent Charles Riddle III, District Attorney for Avoyelles Parish, is **GRANTED**, and the Warden at David Wade Correctional Center shall be substituted as the Respondent in this matter.

MONROE, LOUISIANA, this 15th day of April 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE